PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BENHUR CARMONA, | ) | CASE NO. 4:12CV00776 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| HONORABLE PREET BHARARA, *et al.*, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendants. | ) | **ORDER** |

In an entry dated April 11, 2012, Plaintiff Benhur Carmona was ordered to either pay the full filing fee or to file a proper Financial Application and prisoner account statement within thirty (30) days. *See* ECF No. 2. Although the thirty (30) day period has expired, Plaintiff has not sought additional time and has neither paid the filing fee nor filed a proper Financial Application.

Accordingly, this action must be and is hereby dismissed without prejudice. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997) (overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 127 S.Ct. 910, 918-19, 166 L.Ed.2d 798 (2007)). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

June 6, 2012  /s/ Benita Y. Pearson
Date  Benita Y. Pearson
  United States District Judge