PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

BENHUR CARMONA,                          )
                                         )   CASE NO. 4:12cv776
                Plaintiff,               )
                                         )
        v.                               )   JUDGE BENITA Y. PEARSON
                                         )
HONORABLE PREET BHARARA, *et al.*,       )
                                         )   **MEMORANDUM OF OPINION AND**
                Defendant.               )   **ORDER** [Regarding ECF Nos. 9, 10]

        This matter is before the Court upon Plaintiff's Motion to Reconsider the Court's Order

filed on June 6, 2012.  ECF No. 9.  For the reasons discussed below, the Court grants Plaintiff's

Motion to Reconsider and re-opens the case.

I.

        Plaintiff filed his Complaint on March 30, 2012.  ECF No. 1.  On April 11, the Court

ordered Plaintiff to either pay the full filing fee or complete and submit the accompanying

Financial Application within 30 days.  ECF No. 2.  On April 18, Plaintiff filed an unidentified

form.  ECF No. 3.

        On June 6, the Court dismissed Plaintiff's Complaint because he did not pay the filing fee

or complete and submit a Financial Application.  ECF No. 7.  Plaintiff timely filed a Motion to

Reconsider (ECF No. 9) and then filed the completed Financial Application (ECF No. 10).

Plaintiff explained he does not understand English well and a friend helping him with his original

filings told him to file the unidentified form.  ECF Nos. 9 at 1; 10 at 2.

II.

(4:12cv776)

The Court grants Plaintiff's Motion to Reconsider.  The Court re-opens the case and accepts the submittal of the Financial Application.

IT IS SO ORDERED.


  October 5, 2012                           /s/ Benita Y. Pearson
Date                                 Benita Y. Pearson
                                     United States District Judge

2